**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: STEPHANIE WILSON | ) Case No. 18 B 14215 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

STEPHANIE WILSON                                              DAVID M SIEGEL
6524 N ROCKWELL ST #1                                      via Clerk's ECF noticing procedures
CHICAGO, IL  60645

Please take notice that on August 15, 2018 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at  55 E Monroe St.,  Chicago, IL or by the methods indicated on July 24 , 2018.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On May 16, 2018 the Debtor filed a petition and plan under Chapter 13 of Title 11  U.S.C.

2. That the above-captioned plan has not yet been confirmed .

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend plan to add tax refund language and provide for surrender of 2010 Dodge Charger in place of provisions in 3.3 and 8.1 of plan providing for payments on the vehicle.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,

TOM VAUGHN                                                         /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900