UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-14215 |
| | ) | |
| STEPHANIE WILSON | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON DEBTOR'S MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing in the amount of up to $16,000.00, at up to 20% interest, with monthly payments of up to $400.00 per month, for a 2017 Hyundai Sonata or similar vehicle.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: July 25, 2018

**Prepared by:**

Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100